UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WENDELL KELLY MORRIS FUQUA )
)
v. ) NO. 3:12-0029
) JUDGE CAMPBELL
METRO. TRANSIT AUTHORITY, et al. )

ORDER

Pending before the Court is Defendant's Motion to Dismiss. The deadline under the Local Rules for a Response has passed. Local Rule 7.01.

Plaintiff shall file a Response to the pending Motion to Dismiss by February 21, 2012.

Any Reply shall be filed by Defendant by March 5, 2012.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE