UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WENDELL KELLY MORRIS FUQUA | ) | |
| | ) | |
| v. | ) | NO. 3:12-0029 |
| | ) | JUDGE CAMPBELL |
| METRO. TRANSIT AUTHORITY, et al. | ) | |

<u>ORDER</u>

Pending before the Court is Defendant's Motion to Dismiss. The deadline under the Local Rules for a Response has passed. Local Rule 7.01.

Plaintiff shall file a Response to the pending Motion to Dismiss by February 21, 2012.

Any Reply shall be filed by Defendant by March 5, 2012.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE